## RECONSIDERATION DOCKET

**00–2014 and 00–2157.  State v. Wozniak.**
Franklin App. No. 00AP–349. Reported at 93 Ohio St.3d 173, 754 N.E.2d 219. On motion for reconsideration. Motion denied.

**01–412.  Cleveland Bar Assn. v. Cleary.**
Reported at 93 Ohio St.3d 191, 754 N.E.2d 235. On motion for reconsideration. Motion denied.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**01–1211.  State v. Neeley.**
Hamilton App. No. C–000023. Reported at 93 Ohio St.3d 1427, 755 N.E.2d 351. On motion for reconsideration. Motion denied.
MOYER, C.J., dissents.

**01–1218.  Brewer v. Salins.**
Montgomery App. No. 18152. Reported at 93 Ohio St.3d 1427, 755 N.E.2d 351. On motion for reconsideration. Motion denied.

**01–1395.  Westfall v. Schwan's Sales Ent., Inc.**
Guernsey App. No. 01CA7. Reported at 93 Ohio St.3d 1429, 755 N.E.2d 353. On motion for reconsideration. Motion denied.

**01–1488.  Potts v. Bagley.**
In Habeas Corpus. Reported at 93 Ohio St.3d 1426, 755 N.E.2d 351. On motion for reconsideration. Motion denied.

*Thursday, November 8, 2001*

## MOTION DOCKET

**01–1114.  State ex rel. Hamblin v. Mengel.**
In Mandamus. This cause came on for further consideration upon relator's motion for finding of facts and conclusion of the law. Upon consideration thereof,
IT IS ORDERED by the court that the motion for finding of facts and conclusion of the law be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**01–1727.  Lamphear v. Continental Cas. Co.**
Cuyahoga App. No. 78325. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.